No. 81–549.  MICHIGAN ET AL. *v.* UNITED STATES ET AL. C. A. 6th Cir.  Certiorari denied.

No. 81–626.  BRANCADORA *v.* FEDERAL NATIONAL MORT-GAGE ASSN.  C. A. 9th Cir.  Certiorari denied.

No. 81–657.  FORMAN *v.* CITY OF NEW ORLEANS ET AL. C. A. 5th Cir.  Certiorari denied.

No. 81–694.  CAIN ET AL. *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 81–733.  CITIES SERVICE GAS CO. ET AL. *v.* OKLA-HOMA TAX COMMISSION ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 81–735.  UNION PLANTERS NATIONAL BANK OF MEM-PHIS *v.* COMMERCIAL CREDIT BUSINESS LOANS, INC.  C. A. 6th Cir.  Certiorari denied.

No. 81–745.  VALENTINE *v.* SMITH, INTERIM PRESIDENT OF ARKANSAS STATE UNIVERSITY, ET AL.  C. A. 8th Cir. Certiorari denied.

No. 81–758.  JENKINS, ADMINISTRATRIX *v.* KREIGER, SHERIFF OF CUYAHOGA COUNTY.  Sup. Ct. Ohio.  Certiorari denied.

No. 81–759.  CHECKPOINT SYSTEMS, INC. *v.* KNOGO CORP.  Ct. Cl.  Certiorari denied.

No. 81–766.  UNDERWOOD *v.* SECURITES AND EXCHANGE COMMISSION.  C. A. 5th Cir.  Certiorari denied.